# United States District Court

_____ DISTRICT OF _____ DELAWARE _____

JAMES JENNINGS,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

ACE USA, INC., and
ACE AMERICAN INSURANCE COMPANY,
    Defendants

CASE NUMBER: 05 - 792

TO: (Name and address of defendant)
    ACE USA, INC
    c/o The Corporation Trust Company
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph M. Berbstein, Esquire
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO    11/15/05
CLERK              DATE

_Monica Mosley_
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 11/16/05 |
| NAME OF SERVER (PRINT): Patricia Chamberlain | TITLE: Office Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served defendant ACE USA, Inc. by service on Corporation Trust Company, as Registered Agent. Service accepted by Scott LaScala.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/05
Date

Signature of Server: Patricia Chamberlain

Address of Server: 800 N. King St, Suite 302, Wilmington DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure