IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JENNINGS, <br><br>  Plaintiff, <br><br> v. <br><br> ACE USA, INC. and ACE AMERICAN INSURANCE COMPANY <br><br>  Defendants. | : CIVIL ACTION <br> : <br> : No. 05-CV-792-GMS <br> : <br> : <br> : <br> : <br> : <br> : |

STIPULATION AND ORDER TO EXTEND TIME
FOR DEFENDANTS TO ANSWER, PLEAD OR
OTHERWISE MOVE IN RESPONSE TO PLAINTIFF'S COMPLAINT

It is hereby STIPULATED and AGREED by and between Plaintiff James Jennings ("Plaintiff") and Defendants ACE USA, Inc. and ACE American Insurance Company ("Defendants"), subject to the approval of the Court, that the time within which Defendants shall be required to answer, plead or otherwise move (including move to compel arbitration) in response to Plaintiff's Complaint is extended to and including Friday, January 6, 2006.

_____
Joseph M. Bernstein (DE ID #780)
800 N. King Street – Suite 200
Wilmington, DE 19801
(302) 656-9850
Counsel for Plaintiff

_____
Richard M. Donaldson (DE ID #4367)
Noel Burnham (DE ID # 3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800
Counsel for Defendants

IT IS SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet