## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on December 6, 2005, I arranged for a copy of the foregoing Stipulation and Order To Extend Time For Defendants To Answer, Plead Or Otherwise Move In Response To Plaintiff's Complaint to be electronically served upon the following individual:

>Joseph M. Bernstein, Esquire
>800 N. King Street – Suite 302
>Wilmington, DE  19801
>*Counsel for Plaintiff*

>_/s/ Richard M. Donaldson_
>Richard M. Donaldson, (DE Bar I.D. 4367)