## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
### ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

December 6, 2005

*Via Electronic Filing*
The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

Re: **Jennings v. ACE USA, Inc, et al.**
**C.A. No.: 05-CV-792 GMS**

Dear Judge Sleet:

Enclosed for Your Honor's consideration is a courtesy copy of a Stipulation and Order To Extend Time For Defendants To Answer, Plead or Otherwise Move In Response To Plaintiff's Complaint. Among other reasons, this extension is sought by the defendants to accommodate discussions between the parties regarding a possible arbitration.

Needless to say, I am at the Court's disposal should there be any questions about this submission.

Respectfully yours,

*/s/ Richard M. Donaldson*

Richard M. Donaldson

RMD/saa
Enclosure

cc: Joseph M. Bernstein, Esq. (w/encl. via electronic service)