IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES JENNINGS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | No. 05-CV-792-GMS |
| v. | : | |
| | : | |
| ACE USA, INC. and | : | |
| ACE AMERICAN | : | |
| INSURANCE COMPANY | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of:

EDWARD T. ELLIS
and
BETH A. FRIEL

to represent the defendants in this matter.

Signed:    /s/ Richard M. Donaldson
Richard M. Donaldson (ID #4367)
Noel C. Burnham (ID #3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7880

Date:  December 6, 2005         *Attorney for Defendants*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: _____    _____
                                              Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk.

Date:  December 6, 2005          Signed: _____
                                 Edward T. Ellis, Esquire
                                 Montgomery, McCracken, Walker & Rhoads, LLP
                                 123 South Broad Street
                                 Philadelphia, PA  19109


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and the Bar of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date:  December 6, 2005          Signed: _____
                                 Beth A. Friel, Esquire
                                 Montgomery, McCracken, Walker & Rhoads, LLP
                                 123 South Broad Street
                                 Philadelphia, PA  19109