## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on December 6, 2005, I arranged for a copy of the foregoing **Motion and Order for Admission Pro Hac Vice** to be electronically served upon the following individual:

>Joseph M. Bernstein, Esquire
>800 N. King Street – Suite 302
>Wilmington, DE  19801
>*Counsel for Plaintiff*


                  */s/ Richard M. Donaldson*
                  Richard M. Donaldson