IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JENNINGS, <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>ACE USA, INC. and ACE AMERICAN INSURANCE COMPANY <br><br>　　　　　　Defendants. | CIVIL ACTION <br><br> No. 05-CV-792-GMS |

### CONSENT ORDER

WHEREAS, Plaintiff filed his Complaint against Defendants on November 15, 2005 and alleged violations of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq., the Age Discrimination in Employment Act, 29 U.S.C. § 626(b), the Delaware Discrimination in Employment Act, 19 Del. Code § 701 et seq., and the Family Medical Leave Act, 29 U.S.C. § 2601 et seq., and

WHEREAS, Plaintiff is subject to an agreement to arbitrate employment-related claims he may have against Defendants.

NOW, THEREFORE, on this _____ day of January, 2006, it is ORDERED, ADJUDGED and DECREED, that this civil action is stayed and this matter is referred to arbitration pursuant to the arbitration agreement between Plaintiff and Defendants.

_____
The Honorable Gregory M. Sleet

WE CONSENT:

_____
Joseph M. Bernstein (DE ID #780)
800 N. King Street – Suite ~~200~~ 302
Wilmington, DE 19801
(302) 656-9850
Counsel for Plaintiff

_____
Richard M. Donaldson (DE ID #4367)
Noel Burnham (DE ID # 3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7800
Counsel for Defendants