**CERTIFICATE OF SERVICE**

      I, Noel C. Burnham, hereby certify that on this 3rd day of January, 1006, I caused two (2) true and correct copies of the foregoing to be served via postage pre-paid US mail upon the following interested parties at the addresses listed below:

Joseph M. Bernstein
800 North King Street, Suite 302
Wilmington, DE 19801

          /s/ Noel C. Burnham_____
Noel C. Burnham, Esquire (3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

2035612v1