## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ATTORNEYS AT LAW

RICHARD MONTGOMERY DONALDSON
ADMITTED IN DELAWARE, PENNSYLVANIA & NEW JERSEY

DIRECT DIAL
302-504-7840

rdonaldson@mmwr.com

300 DELAWARE AVENUE, SUITE 750
WILMINGTON, DE 19801
302-504-7800
FAX 302-504-7820

123 SOUTH BROAD STREET
AVENUE OF THE ARTS
PHILADELPHIA, PA 19109
215-772-1500
FAX 215-772-7620

LIBERTYVIEW
457 HADDONFIELD ROAD, SUITE 600
CHERRY HILL, NJ 08002
856-488-7700
FAX 856-488-7720

1235 WESTLAKES DRIVE, SUITE 200
BERWYN, PA 19312
610-889-2210
FAX 610-889-2220

June 8, 2006

*Via CM/ECF Filing*
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
844 N. King Street, Lock Box 19
Wilmington, DE 19801

    Re:    **Jennings v. ACE USA, et al.**
             **C.A. No.: 05-792 GMS**

Dear Judge Sleet:

    This status report is submitted in accordance with Ms. McDavid's instructions to counsel in her letter of May 25, 2006 (copy attached).

    On January 4, 2006, this matter was stayed (D.I. 6) pending arbitration of certain employment-related claims. The parties presently are in the process of settling this case, and counsel are hopeful that the settlement will be finalized by mid-July this year.

    Opposing counsel has reviewed and joins in this report.

                          Respectfully yours,

                          */s/ Richard M. Donaldson*

                        Richard M. Donaldson
                        (DE ID No. 4367)

cc:    Dr. Peter T. Dalleo, Clerk (via e-filing)
        Marie McDavid, Case Manager (via e-filing)
        Sidney Gold, Esquire (via e-filing)