# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

May 25, 2006

TO:     Counsel

RE:     James Jennings v. Ace USA, et al.
        <u>Civil Action No. 05-792 GMS</u>

Dear Counsel:

      On January 4, 2006, this case was stayed pending an agreement to arbitrate employment-related claims the plaintiff may have against the defendants (D.I. 6).

      Please submit a status report regarding this case, via electronic case filing, no later than June 8, 2006.

      Thank you.

Very truly yours,

/s/

Marie McDavid
Case Manager to Judge Gregory M. Sleet