## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

November 28, 2006

TO:   Counsel

RE:   Jennings v. ACE USA, Inc., et al.
      Civil Action No. 05-792 GMS

Dear Counsel:

    On June 8, 2006, counsel advised the court that the parties were in the process of settling this matter and that a stipulation of dismissal would be forthcoming.

    Please submit a joint prepared status report, or a Stipulation of Dismissal, via electronic case filing, regarding this case no later than December 12, 2006.

                                       Very truly yours,

                                       /s/

                                     Marie McDavid
                                     Case Manager to Judge Gregory M. Sleet