December 7, 2006


The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

                    **Re: Jennings v. ACE USA, Inc., et al., C.A. 05-792 GMS**

Dear Judge Sleet:

      This is in response to the Court's request for a status report on the above case. The case has been settled and a proposed Stipulation for Dismissal is enclosed for the approval of the Court.

                                          Respectfully yours,


                                          Joseph M. Bernstein

JMB/jm
cc: Sidney L. Gold, Esquire (by 1st class mail)
    Richard M. Donaldson, Esquire (by fax 302-504-7820)