IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES JENNINGS,<br>    Plaintiff,<br><br>    vs.<br><br>ACE USA, INC., and<br>ACE AMERICAN INSURANCE COMPANY,<br>    Defendants. | :<br>:<br>:<br>:<br>: Civil Action No. 05-792 GMS<br>:<br>:<br>:<br>: |

**STIPULATION FOR DISMISSAL**

**IT IS HEREBY STIPULATED** by and between the undersigned, subject to the approval of the Court, that the above action is dismissed, with prejudice, each party to bear its own costs, expenses and attorneys fees.

    /s/ Joseph M. Bernstein
JOSEPH M. BERNSTEIN (#780)
800 N. King Street - Suite 302
Wilmington, DE 19801
302-656-9850
E-mail: jmbern001@comcast.net
Attorney for Plaintiff

    /s/ Richard M. Donaldson
RICHARD M. DONALDSON (#4367)
Montgomery, McCracken, Walker and Rhoads, LLP
300 Delaware Avenue - Suite 750
Wilmington, DE 19801
302-504-7800
E-mail: rdonaldson@ mmwr.com
Attorney for Defendants

SO ORDERED, this \_\_\_\_\_ day of December, 2006.

_____
Gregory M. Sleet, District Judge