JOSEPH M. BERNSTEIN
ATTORNEY-AT-LAW

800 N. KING STREET - SUITE 302
WILMINGTON, DE 19801
302-656-9850
FAX 302-656-9836

E-MAIL: JMBERN001@COMCAST.NET

December 7, 2006

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

      **Re: Jennings v. ACE USA, Inc., et al., C.A. 05-792 GMS**

Dear Judge Sleet:

  This is in response to the Court's request for a status report on the above case. The case has been settled and a proposed Stipulation for Dismissal is enclosed for the approval of the Court.

          Respectfully yours,

          /s/ Joseph M. Bernstein

          Joseph M. Bernstein

JMB/jm
cc: Sidney L. Gold, Esquire (by 1st class mail)
  Richard M. Donaldson, Esquire (by fax 302-504-7820)